# ORIGINAL

KENNETH CALDWELL
SKINNER, WATSON & ROUNDS
333 N. Rancho Drive, Suite 800
Las Vegas, Nevada 89106
(702) 636-4902

TODD A. NOAH (SBN 152328)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
(415) 705-6377

Attorneys for Plaintiff
CALIFORNIA COSMETICS, INC.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CALIFORNIA COSMETICS, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GERITREX CORPORATION, a New York corporation, <br><br> Defendant. | Civil Action No. CV-S-03-0410-PMP-PAL <br><br> **NOTICE OF DISMISSAL** |

COMES NOW the Plaintiff by and through its attorney, Kenneth N. Caldwell, Esq. and with no answer or other responsive pleading having yet been filed hereby dismisses this action pursuant to Fed. R. Civ. Proc. 41(a)(1).

Dated this ___11th___ day of June, 2003.

KENNETH N. CALDWELL, ESQ.
Nevada Bar No. 3692
SKINNER WATSON & ROUNDS
333 N. Rancho Drive, Suite 800
Las Vegas, NV 89106
Telephone: (702) 636-4902